# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA HARRELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-2359 |
| | : | |
| **CARRINGTON MORTGAGE** | : | |
| **SERVICES, LLC,** *et al.* | : | |

# ORDER

**AND NOW**, this 22nd day of June 2020, upon considering the Defendants' amended Motion to transfer (ECF Doc. No. 5), Plaintiff's Motion to remand (ECF Doc. No. 6), Defendants' Notice of consent to final judgment in the Bankruptcy Court (ECF Doc. No. 7), the parties' Responses (ECF Doc. Nos. 8, 9), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.   Plaintiff's Motion to remand (ECF Doc. No. 6) is **DENIED**;

2.   Defendants' amended Motion to transfer venue (ECF Doc. No. 5) is **GRANTED** and the Clerk of Court shall forthwith **transfer** this matter to the Clerk of the United States Bankruptcy Court for the Middle District of Florida; and,

3.   The Clerk of Court shall **close** this case in this District.

_____
**KEARNEY, J.**